UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHC HOLDINGS, INC.,

    Plaintiff,

v.

MSU HEALTH CARE, INC. and
ROGER JANSEN,

    Defendants.

Case No. 1:25-cv-00503-PLM-SJB
Hon. Paul L. Maloney
Mag. Judge Sally J. Berens

## **INDEX OF EXHIBITS**

1    Tolling Agreement, April 2024

2    Tolling Agreement, September 2024

3    Tolling Agreement, January 2025