UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHC HOLDINGS, INC.,

    Plaintiff,

v.

                                      Case No. 1:25-cv-503

MSU HEALTH CARE, INC., et al.,            Hon. Paul L. Maloney

    Defendants.
_____/

## ORDER

In accordance with the Opinion entered this date:

**IT IS ORDERED** that Defendants MSU Health Care and Roger Jansen's motions to dismiss (ECF Nos. 17, 19) are **GRANTED** with respect to Plaintiff's defamation claim as it relates to Jansen's comments to non-party HC9 Ventures I.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss are **DENIED** with respect to all remaining claims.

Date: March 6, 2026                           /s/ Paul L. Maloney
                                                                     PAUL L. MALONEY
                                                                     UNITED STATES DISTRICT JUDGE